UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| ANDREA DORSEY, | |
| Petitioner, | Civ. No. 16-2294 (KM) |
| v. | |
| UNITED STATES OF AMERICA, | **MEMORANDUM AND ORDER** |
| Respondent. | |

Petitioner is proceeding *pro se* with a motion to vacate, set aside, or correct her sentence pursuant to 28 U.S.C. § 2255. On September 2, 2016, this Court ordered respondent to file a response to this motion within forty-five days. On September 7, 2016, this Court received a letter from respondent requesting that this Court give petitioner the required notices pursuant to *United States v. Miller*, 197 F.3d 644 (3d Cir. 1999). Respondent's request will be denied as unnecessary. Petitioner filled out her § 2255 form on the form supplied by the Clerk. That form includes the necessary *Miller* notices that petitioner certified to being aware of and understanding. (*See* Dkt. No. 1 at p.15)

Accordingly, IT IS this 8th day of September, 2016,

ORDERED that respondent's request that this Court supply petitioner with the *Miller* notices (Dkt. No. 6) is denied as unnecessary; and it is further

ORDERED that the Clerk shall serve this Order on petitioner by regular U.S. mail.

KEVIN MCNULTY
United States District Judge